# FILED

12/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0235

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0235

_____

JEFF GOTTLOB, ELAINE MITCHELL, JAMES
CHILDRESS, AND ALL OTHERS SIMILARILY
SITUATED,

      Plaintiffs and Appellees,

   v.

MICHAEL DESROSIER, RON RIDES AT THE
DOOR, TOM MCKAY, JOHN OVERCAST,        O R D E R
MARY JO BREMNER, and GLACIER COUNTY,

      Defendants and Appellants,

MONTANA ASSOCIATION OF COUNTIES and
MONTANA ASSOCIATION OF COUNTIES
PROPERTY & CASUALTY TRUST,

      Defendants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kaydee Snipes Ruiz, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 18 2024